UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|       Plaintiff,            ) | |
|            ) | |
|   v.            ) | 3:06-cr-00046-RLY-WGH-1 |
|            ) | |
| DEMARKO KEMP,            ) | |
|       Defendant.            ) | |

**STIPULATION REGARDING MODIFICATION OF SENTENCE
PURSUANT TO 18 U.S.C. § 3582**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by counsel, Josh J. Minkler, United States Attorney, and Matthew Brookman, Assistant United States Attorney, and Defendant Demarko Kemp by counsel, Sara Varner, that:

1. On September 10, 2007, Demarko Kemp was sentenced to 168 months imprisonment based upon a guideline range of 168-210 months (reflecting a final offense level of 33 and a criminal history category of III).

2. On November 1, 2014, the guideline range under which Mr. Kemp was sentenced was lowered by the U.S. Sentencing Commission under Amendment 782, and the Amendment was thereafter made retroactive by unanimous vote of the Commission. Under this Amendment Mr. Kemp's guideline range is 135-168 months (reflecting a final offense level of 31 and a criminal history category of III).

3. Upon review of the underlying facts of the case the parties agree that Mr. Kemp is entitled to request relief pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10 and Amendment 782.

4. Based upon the foregoing, the parties hereby stipulate that a sentence reduction of 33 months (from 168 to 135 months) is appropriate in this matter.

5. The parties further stipulate that the remaining components of Mr. Kemp's sentence shall

remain unchanged.

6. Undersigned counsel's office has been in contact with Mr. Kemp who consents to this entry on his behalf. Mr. Kemp stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43 and 18 U.S.C. §3582(c)(2).

7. The parties agree and stipulate that an Order may be entered by this court reducing Defendant's sentence to a term of 135 months.

Date: August 31, 2015                                    Respectfully submitted,

 

                                              s/Sara J. Varner
                                              Sara J. Varner, Counsel for Defendant

 

                                              s/Matthew Brookman
                                              Matthew Brookman
                                              Assistant United States Attorney