Case 3:06-cr-00046-RLY-CMM   Document 5   Filed 09/18/15   Page 1 of 1 PageID #: 14

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Demarko Kemp | ) | Case No: | 3:06CR00046-001 |
| | ) | USM No: | 08174-028 |
| Date of Original Judgment: 09/10/2007 | ) | | |
| Date of Previous Amended Judgment: | ) | Sara Varner | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 168 months **is reduced to** 135 months*.

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By *Nina M. Doyle*
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated 09/10/2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 9/18/2015

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

The Honorable Richard L. Young
*Printed name and title*